## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re**:

    JENNIFER KAY MARLOW

           **Debtor.**

_____/

**Case No**: 8:22-bk-02494-CPM

**Chapter**: 13

### REQUEST FOR NOTICE

    **I HEREBY FILE** this Request for Notice on behalf of creditor, ACHIEVA CREDIT UNION, and request that the undersigned be provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

**Georgi Angelov, Esq.**
**Gibbons | Neuman**
**3321 Henderson Blvd.**
**Tampa, Florida 33609**
**Phone: 813. 877. 9222**
**Facsimile: 813. 877. 9290**
**e-mail: bankruptcy@gibblaw.com**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by ELECTRONIC NOTICE OR FIRST CLASS U.S. MAIL this 30th day of June, 2022 to the following:

Debtor: JENNIFER KAY MARLOW, 94 TATUM ROAD, SARASOTA, FL 34240, PRO SE
Trustee: JON WAAGE, P O BOX 25001, BRADENTON, FL 34206-5001
U.S. TRUSTEE, TIMBERLAKE ANNEX, SUITE 1200, 501 E POLK ST. TAMPA, FL 33602

Dated: 6/30/2022

*By:*   */s/ Georgi Angelov*
        GEORGI ANGELOV, ESQ.
        Florida bar No: 0121463
        GIBBONS | NEUMAN
        3321 Henderson Blvd.
        Tampa, Florida 33609
        bankruptcy@gibblaw.com
        (813) 877-9222 (phone)
        (813) 877-9290 (facsimile)