[Doess13p] [District Order Granting Motion to Extend Time to File Schedules, Statements, or Chapter 13 Plan]

ORDERED.

**Dated: July 5, 2022**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

_____Debtor*_____/

Case No.
8:22–bk–02494–CPM
Chapter 13

### ORDER GRANTING MOTION TO EXTEND TIME
### TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN

THIS CASE came on for consideration, without hearing, of the Debtor's Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan (Document No. 9) (the "Motion"). After reviewing the Motion, it is

***ORDERED:***

1. The Motion is ***GRANTED***.

2. Debtor shall file all needed Schedules, Statements, and Chapter 13 Plan by ***July 18, 2022***.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.