UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

JENNIFER KAY MARLOW AKA JENNIFER MARLOW AKA JENNIFER KAYE MARLOW,

CASE NO.: 8:22-bk-02494-CPM
CHAPTER 13

Debtor(s).

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
*Subject Property: 94 TATUM ROAD, SARASOTA, FL 34240*

**PLEASE TAKE NOTICE** that the undersigned counsel is appearing on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the Bankruptcy Code, and the Local Rules of this Bankruptcy Court.

It is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 1461-186551)**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By: /s/ Ida A. Moghimi-Kian
    Ida A. Moghimi-Kian
    Florida Bar No.56395
    IMoghimi-Kian@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, July 13, 2022, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

JENNIFER KAY MARLOW AKA JENNIFER MARLOW
AKA JENNIFER KAYE MARLOW
94 TATUM ROAD
SARASOTA, FL 34240
*Pro Se Debtor(s)*

JON M.WAAGE
PO BOX 25001
BRADENTON, FL 34206
*Trustee*

UNITED STATES TRUSTEE - FTM 7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 1461-186551)**
    P.O. BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By: /s/ Ida A. Moghimi-Kian
        Ida A. Moghimi-Kian
        Florida Bar No.56395
        IMoghimi-Kian@dallegal.com