UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

JENNIFER KAY MARLOW AKA JENNIFER MARLOW AKA JENNIFER KAYE MARLOW,

CASE NO.: 8:22-bk-02494-CPM
CHAPTER 13

Debtor(s).

_____/

### CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
*Subject Property: 94 TATUM ROAD, SARASOTA, FL 34240*

Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust ("Creditor"), through its undersigned counsel and pursuant to 11 U.S.C. § 1325, hereby objects to confirmation of the Debtor's, Jennifer Kay Marlow aka Jennifer Marlow aka Jennifer Kaye Marlow ("Debtor"), Chapter 13 Plan [D.E. 13 ], and in support thereof, states:

1. **Summary of Objection**: The Debtor's Chapter 13 Plan fails to comply with the requirements imposed by the Bankruptcy Code as it does not adequately protect the Creditor's secured interest in the subject property and conform to the Debtor's contractual obligations under the Note and Mortgage.

2. **Summary of Facts**: The Debtor filed this voluntary Chapter 13 proceeding on June 22, 2022. The Creditor is a secured creditor, holding a security interest in the subject property located at 94 TATUM ROAD, SARASOTA, FL 34240 (the "Property").

3. **The Plan Fails to Conform to the Creditor's Business Records** : The Plan fails to provide payment to the Creditor despite listing payments in the Plan of $300.00 for months 1 through 7, $1,000.00 for months 8 through 15 and $2,000.00 in months 16 through 36. However, the only Creditor listed in the Plan is the Debtor herself, essentially her Plan is to provide for payments to herself as a "Creditor." The Claims Bar Date is 08/31/2022. Upon information and belief, Creditor will file a Proof of Claim evidencing its lien on the Property, with a total debt claim for the matured Note and Mortgage in the

total amount of approximately $269,309.74. Creditor objects to any plan that fails to either pay Creditor pursuant to its Proof of Claim (as provided above), surrenders the Property, or pays Creditor directly outside the Plan.

4. **The Plan is Not Feasible**: Based on a review of the Debtor's schedules and the Plan, the Creditor objects to the feasibility of this Plan and requests this Court to require the Debtor to establish the feasibility. The Debtor has listed herself a "Creditor" and the monthly income of $1,627.00 however as Creditor's claim is a total debt claim that must be paid in full during the plan term of 36 months that would require a payment of $7,480.83 each month which is clearly not supported by the Debtor's financials.

Additionally, as this is a total debt claim, the Debtor must provide for escrows independently which would require the Debtor to make allowances in her income to pay for the property taxes and homeowners insurance plus any potential other insurance escrow expenses.

**WHEREFORE**, Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust, respectfully requests this Court to deny the confirmation of the Debtor's Chapter 13 Plan, require the Debtor(s) to conform the Plan to the Creditors records and for any such further relief this Court deems proper and just.

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 1461-186551)**
    P.O. BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By: /s/ Ida A. Moghimi-Kian
       Ida A. Moghimi-Kian
       Florida Bar No.56395
       IMoghimi-Kian@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, July 13, 2022, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

JENNIFER KAY MARLOW AKA JENNIFER MARLOW
AKA JENNIFER KAYE MARLOW
94 TATUM ROAD
SARASOTA, FL 34240
*Pro Se Debtor(s)*

JON M.WAAGE
PO BOX 25001
BRADENTON, FL 34206
*Trustee*


UNITED STATES TRUSTEE - FTM 7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 1461-186551)**
    P.O. BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By:  /s/ Ida A. Moghimi-Kian
       Ida A. Moghimi-Kian
       Florida Bar No.56395
       IMoghimi-Kian@dallegal.com