Received Via Mail
JUL 26 2022
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
3 Pages Scanned by NB



<u>Notice of Undeliverable Mail to Debtor</u>

July 8, 2022

From: United States Bankruptcy Court, Middle District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Jennifer Kay Marlow, Case Number 22-02494, CPM

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**United States Bankruptcy Court**
**Sam M. Gibbons United States Courthouse**
**801 North Florida Avenue, Suite 555**
**Tampa, FL 33602**

---

Undeliverable Address:
Achieva Credit Union

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS: *Achieva Credit Union,*
*PO Box 1500*
*Dunedin, Florida 34697*
*All Rights Reserved*

_____    _7/18/2022_
Signature of Debtor or Debtor's Attorney        Date

1





Marlow
1694 Tatum Road
Sarasota, Florida
(34240)

Clerk of US Bankruptcy Court
Sam Gibbons US Courthouse
801 North Florida Ave Suite 555
Tampa, Florida 33602