**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                              Case No. 8:22-bk-02494-CPM
                                                    Chapter 13
Jennifer Kay Marlow

      Debtor.

_____/

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY AND RESCHEDULING §341 MEETING OF CREDITORS

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal and in support thereof would state as follows:

1.    The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on June 22, 2022.

2.    A §341 Meeting of Creditors was scheduled on July 26, 2022 pursuant to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, a copy of which the Clerk of the Bankruptcy Court mailed to all parties in interest on or about June 29, 2022. The Debtor appeared at the aforementioned §341 Meeting of Creditors but failed to provide at least seven (7) days before the initial Meeting of Creditors the Chapter 13 Trustee with a copy of income tax return for 2020.

3.    In addition, the Debtor failed to provide the Chapter 13 Trustee with a legible copy of photo identification.

4.    **The Trustee hereby notifies the Debtor that the Telephonic Rescheduled §341 Meeting of Creditors will be held on August 30, 2022 at 9:15 a.m., Trustee Jon M. Waage will hold the meeting telephonically. Call in number: 877-467-0853. Passcode: 6735913.**

5.      In the event the Debtor fails to attend the rescheduled §341 Meeting of Creditors and fails to provide at least seven (7) days before the rescheduled Meeting of Creditors the Chapter 13 Trustee with a copy of income tax return for 2020 and a legible copy of photo identification, the Trustee would submit to the Court an Order dismissing the above styled Chapter 13 case.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

/s/ Sarah K. Olsen
Sarah K. Olsen, Esquire
Florida Bar No. 44714
Staff Attorney for Chapter 13 Trustee
P.O.  Box 25001
Bradenton, Florida 34206-5001
Phone:   (941) 747-4644
Fax:     (941) 750-9266

## CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically by CM/ECF services and/or by U.S. Mail to **Jennifer Kay Marlow**, Debtor, Self-Represented, 94 Tatum Road, Sarasota, FL 34240 on this 28th day of July, 2022.

/s/ Sarah K. Olsen
Sarah K. Olsen, Esquire

JMW/SKO/ss