ORDERED.

Dated: July 28, 2022

_____
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 8:22-bk-02494-CPM
 Chapter 13

Jennifer Kay Marlow

    Debtor.
_____/

**ORDER RESERVING RULING ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY AND RESCHEDULING §341 MEETING OF CREDITORS**

THIS CASE came on for consideration, for the entry of an appropriate Order in the above styled Chapter 13 case, upon the Trustee's Motion to Dismiss for Failure provide at least seven (7) days before the initial Meeting of Creditors the Chapter 13 Trustee with a copy of income tax return for 2020 and a legible copy of photo identification (Doc. No. 23). Accordingly, it is

**ORDERED:**

1. The Court Orders the Debtor to attend a rescheduled §341 Meeting of Creditors and failure to attend shall constitute a willful failure of the Debtor to abide by an Order of this Court.

2. The Court will reserve ruling on the Trustee's Motion to Dismiss, however, in the event the Debtor appears at the rescheduled §341 Meeting of Creditors, as herein provided, the Trustee's Motion shall be denied, by separate order.

**3. The Trustee hereby notifies the Debtor that the Telephonic Rescheduled §341 Meeting of Creditors will be held on August 30, 2022 at 9:15 a.m., Trustee Jon M. Waage will hold the meeting telephonically. Call in number: 877-467-0853. Passcode: 6735913.**

4. In the event the Debtor fails to attend the rescheduled §341 Meeting of Creditors and fails to provide at least seven (7) days before the initial Meeting of Creditors the Chapter 13 Trustee with a copy of income tax return for 2020 and a legible copy of photo identification, the Trustee would submit to the Court an Order dismissing the above styled Chapter 13 case.

Trustee, Jon M. Waage, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

JMW/SKO/ss                                                                                                            C13T 07/28/22