UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
www.flmb.uscourts.gov

In re:

DISCONTINUATION OF
REQUEST FOR PRO SE
NOTICE

NOTICE OF DISCONTINUATION OF ELECTRONIC
NOTIFICATION TO PRO SE CASE PARTICIPANTS

Please be advised, effective immediately, the Court is unable to provide electronic notification to case participants who have complete the Court's local Request for Pro Se Notice forms. Notices will be delivered by standard U.S. mail.

Pro se debtors may complete, and submit for filing, the attached Debtor's Electronic Noticing Request (DeBN) form. This authorizes the delivery of court generated notices and orders to the debtor through the DeBN program. All other parties, such as attorneys, trustees, and creditors, will continue to serve the debtor via U.S. Mail or in person as required by court rules.

At this time, pro se creditors, plaintiffs, and defendants may only receive service by U.S. Mail

DATED on August 3, 2022

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re: _____ Debtor(s)    Case No. _____

# DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☐ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that my request is limited to notices and orders issued by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents issued by the court in any current or future bankruptcy case or adversary proceeding in any bankruptcy court in the United States in which I am listed under the same name and mailing address as I am listed in this case, including in cases where I am listed as a creditor.

I understand that BNC will send me an email to which I must reply as confirmation of this request. If BNC does not receive confirmation of this request, I will continue to receive notices and orders by U.S. Mail. If BNC receives an email bounce-back message (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor BNC bears any liability for errors resulting from the information I have submitted on this form.*

***Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.*

Signature: _____    Date: _____

Printed Name (and title if not the debtor): _____

Email Address (type or print clearly): _____

For more information about the DeBN program, visit the Court's website at: www.FLMB.uscourts.gov/debn    (4/21)