**[dntcclm]**[Notice of Claim(s) filed by Debtor/Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:22−bk−02494−CPM
                                                                        Chapter 13

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

            Debtor*            /

NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE

TO:

Jennifer Kay Marlow
94 Tatum Road
Sarasota, FL 34240

   Notice is given pursuant to Fed. R. Bankr. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on August 26, 2022, in the amount of $806,645.00.  The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee.

        Dated on August 29, 2022.

                        FOR THE COURT
                        Sheryl L. Loesch, Clerk of Court
                        Sam M. Gibbons United States
                        Courthouse
                        801 North Florida Avenue, Suite 555
                        Tampa, FL 33602

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.