United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-02494-CPM |
| Jennifer Kay Marlow | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 09, 2022 | Form ID: 13nfmtam | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer Kay Marlow, 94 Tatum Road, Sarasota, FL 34240-9105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 11, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Georgi Angelov | on behalf of Creditor Achieva Credit Union bankruptcy@gibblaw.com |
| Ida A Moghimi-Kian | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust IMoghimi-Kian@dallegal.com, MiddleDistrict@SHDLegalgroup.com |
| Jon Waage | jwflecf@trustee13.com |
| Sarah Olsen | on behalf of Trustee Jon Waage sarah.olsen@tampa13.com sarah.k.olsen@gmail.com |
| United States Trustee - TPA7/13, 7 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

[13nfinmg] [Notice of Requirement to File Certification About a Financial Management Course − Ch 13]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:22−bk−02494−CPM
Chapter 13

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow
94 Tatum Road
Sarasota, FL 34240

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

YOU ARE NOTIFIED that in a chapter 13 case, the case will close without an entry of discharge if the Debtor fails to file the certification no later than the date of the last required plan payment or the filing of a motion for a discharge under § 1328(b) of the Code, in accordance with Fed. R. Bankr. P. 1007(c).

If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of June 22, 2022 , a new post−petition Certification About a Financial Management Course is required.

A link to forms is available on the Court's website at: https://www.uscourts.gov/sites/default/files/form_b423.pdf.

Dated: September 8, 2022     FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee