Filed

SEP 16 2022

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

2 Pages Scanned by EM

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Via fax @ 4:21 pm

In re  Jennifer       )
       Kay            )
       Marlow,        )
                      ) Case No. 8:22-02494
                      )   Chapter _13_
       Debtor.*       )
                      )

## OBJECTION TO CLAIM

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Bankruptcy Court, 801 N. Florida Ave. Suite 555, Tampa, Florida 33602 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at Jennifer Kay Marlow, c/o 94 Tatum Road, Sarasota, Florida (34240) ] within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor, Jennifer Kay Marlow, objects to the proof of claim filed in this case by ACHIEVA CREDIT UNION and is states: _____ this case was commenced by the filing of a bankruptcy petition on June 22, 2022.

1. According to Local Rule 3001-2 (c) A Creditor filing a proof of claim in a Chapter 13 case where the Debtor is not represented by counsel, shall serve the proof of claim on the debtor at the address indicated on the docket and file proof of service in accordance with Local Rule 9013-3. No such notice has been received by Debtor Jennifer Marlow nor is any Certificate of Service registered on the Docket.

2. ACHIEVA Credit union, (hereinafter "Creditor") filed a purported proof of claim (Claim No 3-1) in the amount of $51,178.44 for alleged debt..

3. Debtor(s) object(s) to Claim No. 3-1 because This debt was discharged in Bankruptcy Chapter 7, 01/27/2014. Case # 8:13-bk-06404- CPM. Exhibit #1 Creditors list,

   Exhibit 2 Discharge order.

4. ACHIEVA Credit Union's attempt to collect this debt from debtor Jennifer Kay Marlow is a violation of the Bankruptcy Injunction.

**WHEREFORE**, the Debtor(s) respectfully request(s) that the Court: (1) Sustain the Debtor(s) objection to the Creditor's proof of claim; (2) Disallow the claim as a legally unenforceable debt; and (3) Grant any other such relief as the Court determines just and proper.

Dated: September 17, 2022.

All Rights Reserved

/s/ Jennifer Kay Marlow
Jennifer Kay Marlow
Jenniferlm4994@gmail.com
c/o 94 Tatum Road
Sarasota, Florida
(941-209-2100