Filed
SEP 21 2022
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

3 Pages Scanned by EM

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Intake @ 2:19 pm

| | |
|---|---|
| In re | ) |
| | ) |
| Jennifer Kay Marlow | ) Case No 8:22-bk-02494-CPM |
| | ) Chapter 13 |
| Debtor.* | ) |
| | ) |

## MOTION TO DETERMINE SECURED
## STATUS OF CLAIM HELD BY Jennifer Kay Marlow

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at (address) [and, if the moving party is not represented by an attorney, mail a copy to the moving party at (address)] within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor requests the entry of an order under 11 U.S.C. § 506(a) and Federal Rule of Bankruptcy Procedure 3012 that determines the secured status of claim of Jennifer Kay Marlow ("Creditor") and states as follows:

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 09/28/2017                                                                                      Revised 9/7/2022

- 

1. On **June 22, 2022,** Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor listed the following as property in Debtor's bankruptcy schedules: **94 Tatum Road, Sarasota, Florida** (the "Property").

3. The Property is encumbered by the following senior lien(s): AMENDED **AFFIDAVIT OF BENEFICIAL POSSESSORY INTEREST (unrebutted) , Instrument number 2022113999, Sarasota County Official Records , UCC   202109593278     (pending amendment filed),**

4. The fair market value of the Property is $ 470,000.00.

5. The senior **lien** payable to Jennifer Kay Marlow and totaling $ 806,645.00 encumber(s) the Property.

6. Creditor holds a secured claim of $ 470.000 and an unsecured claim of $ 336,645.00.

**WHEREFORE,** Debtor requests the entry of an order: (i) granting this motion; (ii) determining that the value of the Property is $ 470,000.00; (iii) determining that Creditor's secured claim is $806,645.00; (iv) determining that Creditor's unsecured claim is $ 336,645.00; and (v) any other relief the Court deems appropriate.

DATED:    September 20, 2022            All Rights Reserved

/s/ Signature _Jennifer Kay Marlow_
Jennifer Kay Marlow

(941) 209 2100
94 Tatum Road, Sarasota, Fl.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, Sept 21, 2022 a copy of the foregoing was furnished electronically, EMAIL OR FAX or via first class mail upon:

JON M WAAGE
P.O. BOX 25001
BRADENTON, FL, 34206

UNITED STATES TRUSTEE-FTM7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FLORIDA 33602
U.S. Trustee

US BANK TRUST
DIAZ ANSELMO & ASSOCIATES P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL. 33318  (954) 564-9252

US BANK TRUST N.A
100 WALL STREET   16TH FLOOR
NEW YORK, NEW YORK 10005

TD BANK USA, N.A.
2001 WESTERN AVE. STE 400
SEATTLE, WA. 98121

ACHIEVA CREDIT UNION
c/o o GIBBONS NEUMAN LAW
3321 HENDERSON BLVD
TAMPA, FL. 33609  (813) 877-9290

ACHIEVA CREDIT UNION

P. O. Box 1500
Dunedin, Florida 34697

RESURGENT CAPITAL SERVICES
P.O. BOX 1927
GREENVILLE S.C. 29602

All Rights Reserved
/s/ Jennifer Kay Marlow
Jennifer Kay Marlow
Jenniferlm4994@gmail.com
c/o 94 Tatum Road
Sarasota, Florida
941-209-2100