**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: September 22, 2022**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

_____Debtor*_____/

Case No.
8:22–bk–02494–CPM
Chapter 13

### ORDER DENYING MOTION TO DETERMINE SECURED STATUS OF JENNIFER KAY MARLOW

THIS CASE came on for consideration, without hearing, of the Motion to Determine Secured Status/Value of Jennifer Kay Marlow filed by Debtor , Doc. # 61 . After review, the Court determines that the motion is deficient as follows:

Service upon the insured depository institution by certified mail addressed to the attention of an officer of the institution is not indicated. Fed R. Bankr. P. 7004(h).

The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.

The Motion does not contain the redacted loan number.

The Motion does not contain the name of the lien holder.

Accordingly it is

**ORDERED:**

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.