[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: September 22, 2022**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:22–bk–02494–CPM<br>Chapter 13 |

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULES C AND D

THIS CASE came on for consideration, without hearing, of the Amended Schedules C and D filed September 21, 2022, Doc. No. #61. The Amended Schedules C and D is deficient as follows:

The filing fee prescribed by 28 U.S.C. § 1930(b) has not been paid.

The Amended Schedules C and D does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013–3.

Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix, for the correct case, obtained from the Clerk of Court was either not attached or the wrong matrix was attached. Fed. R. Bankr. P. 1009(a), 3015(g) and Local Rule 9013–3(e).

The Amended Plan does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013–3.

The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

.

Accordingly, it is **ORDERED:**

The Amended Schedules C and D is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.