ORDERED.

Dated:  September 30, 2022

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

JENNIFER KAY MARLOW AKA JENNIFER MARLOW AKA JENNIFER KAYE MARLOW,

CASE NO.: 8:22-bk-02494-CPM
CHAPTER 13

    Debtor(s).
_____/

## SUPPLEMENTAL ORDER DISMISSING CASE

## WITH PREJUDICE

This case came before the Court on September 21, 2022 at 2:30 p.m. on the Plan Confirmation hearing and the Court having heard argument from counsel, for the reasons stated orally on the record that shall constitute the decision of the Court, it is **ORDERED**

1. The Bankruptcy Case is **DISMISSED** with prejudice with no future filing by the debtor in any U.S. Bankruptcy Court shall be permitted for a period of two (2) years from the date of entry of the order unless a subsequent case is filed by an attorney duly authorized to practice in the U.S. Bankruptcy Court where such petition is filed and the petition is accompanied by all the required schedules, including the Chapter 13 plan.

*Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*

1461-186551

YB.