**[Dntchrg]** [District Notice of Hearing]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                    Case No. 8:22−bk−02494−CPM
                                                          Chapter 13

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

_____Debtor*_____/

## NOTICE OF PRELIMINARY HEARING

   NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing on the following matter on November 16, 2022, at 03:30 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602:

   Amended Motion for Relief From Supplemental Order Dismissing Case with Prejudice on September 30, 2022 (Document No. 78) filed by the debtor

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties appearing by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court without further notice.

5. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

                                   FOR THE COURT
Dated: October 13, 2022            Sheryl L. Loesch , Clerk of Court
                                   Sam M. Gibbons United States Courthouse
                                   801 North Florida Avenue, Suite 555
                                   Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.
*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.