[jiffyord] [Bench Order +]

ORDERED.

Dated:  November 16, 2022

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
Case No. 8:22−bk−02494−CPM
Chapter 13

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

_____Debtor\*_____/

**ORDER DENYING AMENDED MOTION FOR RELIEF FROM SUPPLEMENTAL ORDER DISMISSING CASE WITH PREJUDICE ON SEPTEMBER 30, 2022**

THIS CASE came on for hearing on  November 16, 2022 , for consideration of the **Amended Motion for Relief from Supplemental Order Dismissing Case with Prejudice on September 30, 2022** (Doc. **78** ), filed by **Debtor Jennifer Marlow** .

For the reasons stated orally and recorded in open court, the Amended Motion for Relief from Supplemental Order Dismissing Case with Prejudice on September 30, 2022 is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.