UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

JENNIFER KAY MARLOW AKA JENNIFER MARLOW AKA JENNIFER KAYE MARLOW,

CASE NO.: 8:22-bk-02494-CPM
CHAPTER 13

Debtor(s).
_____/

**CREDITOR'S RESPONSE TO HAVE OBJECTION TO CLAIM #4 DECLARED MOOT**
*Subject Property: 94 TATUM ROAD, SARASOTA, FL 34240*

Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust ("Creditor"), by and through undersigned counsel, files this Response to Debtor's Objection to its Claim and moves the Court to have the Objection declared as moot, in support thereof, states:

1. The Debtor filed this voluntary Chapter 13 proceeding on June 22, 2022 to which Creditor filed its Proof of Claim No. 4 on July 13, 2022 in which the total debt claim was in the amount of $269,309.74.

2. The Claim is based upon a matured loan to which a Final Judgment was entered on October 28, 2019 in favor of the Creditor.

3. The Debtor previously filed an Objection to Claim on September 20, 2022 [D.E. 55] which was overruled on September 21, 2022 [D.E. 57].

4. Subsequent to the order overruling the Claim Objection, the court entered an order after a hearing was held in which the bankruptcy case was dismissed on September 26, 2022 [D.E. 73].

5. Additionally, a Supplemental Order was entered on September 30, 2022 in which two year filing bar was imposed against the Debtor for future filings by the Debtor in any U.S. Bankruptcy Court.

6. The Debtor did seek to vacate the Dismissal and again object to the Claim [D.E. 78] and [D.E. 83] respectively.

7. The court at hearing denied the Debtor's motion to vacate the dismissal [D.E. 86]. Thus as the bankruptcy case was and remains dismissed, Creditor seeks an order finding the claim objection moot.

8. Creditor respectfully requests that the Claim Objection be stricken from the docket and a comfort order entered denying the Objection as moot.

**WHEREFORE,** Creditor, respectfully requests that this Court enters an Order Striking the Claim Objection as moot, and for such other and further relief as the Court deems just and proper.

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 1461-179863)**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By: /s/ Ida A. Moghimi-Kian
    Ida A. Moghimi-Kian
    Florida Bar No.56395
    IMoghimi-Kian@dallegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day November 17, 2022, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

JENNIFER KAY MARLOW AKA JENNIFER MARLOW
AKA JENNIFER KAYE MARLOW
94 TATUM ROAD
SARASOTA, FL 34240
*Pro Se Debtor(s)*

JON M.WAAGE
PO BOX 25001
BRADENTON, FL 34206
*Trustee*

UNITED STATES TRUSTEE - FTM 7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

        Diaz Anselmo & Associates, P.A.
        **Attorneys for Creditor (SHD No. 1461-186551)**
        P.O. BOX 19519
        Fort Lauderdale, FL 33318
        Phone: (954) 564-0071
        Fax:  (954) 564-9252
        By:  /s/ Ida A. Moghimi-Kian
            Ida A. Moghimi-Kian
            Florida Bar No.56395
            IMoghimi-Kian@dallegal.com