United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-02494-CPM |
| Jennifer Kay Marlow | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdfdoc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Kay Marlow, 94 Tatum Road, Sarasota, FL 34240-9105 |
| cr | + | Achieva Credit Union, 3221 Henderson Blvd, Tampa, FL 33609-3023 |
| cr | + | U.S. Bank Trust National Association, not in its i, Diaz Anselmo & Associates, P.A., P.O. BOX 19519, Fort Lauderdale, FL 33318-0519 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Georgi Angelov | |
| | on behalf of Creditor Achieva Credit Union bankruptcy@gibblaw.com |
| Ida A Moghimi-Kian | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust IMoghimi-Kian@dallegal.com, MiddleDistrict@SHDLegalgroup.com |
| Jon Waage | |
| | jwflecf@trustee13.com |
| Sarah Olsen | |
| | on behalf of Trustee Jon Waage sarah.olsen@tampa13.com  sarah.k.olsen@gmail.com |
| United States Trustee - TPA7/13, 7 | |
| | USTPRegion21.TP.ECF@USDOJ.GOV |

District/off: 113A-8　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Nov 17, 2022　　　　　　　　Form ID: pdfdoc　　　　　　　　　　　　Total Noticed: 3
TOTAL: 5

[jiffyord] [Bench Order +]

ORDERED.

Dated: November 16, 2022

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:22−bk−02494−CPM
                                                                Chapter 13

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

_____Debtor*_____/

**ORDER DENYING AMENDED MOTION FOR RELIEF FROM SUPPLEMENTAL ORDER
DISMISSING CASE WITH PREJUDICE ON SEPTEMBER 30, 2022**

THIS CASE came on for hearing on November 16, 2022 , for consideration of the **Amended Motion for Relief from Supplemental Order Dismissing Case with Prejudice on September 30, 2022** (Doc. **78** ), filed by **Debtor Jennifer Marlow** .

For the reasons stated orally and recorded in open court, the Amended Motion for Relief from Supplemental Order Dismissing Case with Prejudice on September 30, 2022 is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.