FILED VIA EMAIL
@ 9:51 PM
NOV 28 2022

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re Jennifer | ) | |
| Kay | ) | Case No. 8:22-02494 |
| Marlow, | ) | Chapter _13_ |
| Creditor | ) | |

### AMENDED OBJECTION TO CLAIM

### IN RESPONSE TO CREDITOR'S RESPONSE TO HAVE OBJECTION TO CLAIM #4 DECLARED MOOT

OBJECTION TO CLAIMANT

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Bankruptcy Court, 801 N. Florida Ave. Suite 555, Tampa, Florida 33602 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at Jennifer Kay Marlow, c/o 94 Tatum Road, Sarasota, Florida (34240) ] within 20 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

1

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Creditor, Jennifer Kay Marlow, objects to the proof of claim filed in this case by US BANK and in states

This case was commenced by the filing of a bankruptcy petition on June 22, 2022.

US BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust (hereinafter US BANK TRUST) filed a purported Proof of Claim (Claim No 4-1) in the amount of $269,309.74 for a claim of damages or indebtedness.

Creditor, Jennifer Kay Marlow does not dispute the existence of a claim.

Creditor, Jennifer Kay Marlow disputes the identity of the

True Holder in Due Course claim of the Creditor, U S BANK TRUST

1.      Creditor object(s) to Claim No. 4-1 because US BANK fails to meet the threshold of Standing to file this Claim.

2.      US BANK TRUST has shown no ownership in evidence before this court of any instrument consequential to the claim it has made of owning the debt of $269,309.74

3.      US BANK TRUST has not shown us the client, Truman 2021 SC9 LLC and the evidence of a claim on the books and records of the client. As debts are assets and if the claimant does not own it they do not own a claim --- nor does the court have any authority or jurisdiction to hear the claim.

2

4. Truman 2021 SC9, is an LLC registered in Delaware file number 5945927.

5. Truman 2021 SC9, LLC is not registered to do business in Florida according to Secretary of State Division of Corporations as other same such organization have been. Thus having no rights to access this court.

6. The Chain of Title presented by the alleged collection of Assignments has no authority over the Note nor does it represent a connection to US BANK since the initial assignment from MERS as the first assignee has no Credence. There is no evidence before the court in the Mortgage of any connection to MERS.

7. The party US BANK has submitted a Note as evidence and Claimed ownership thereof While the Note itself was Endorsed to GMAC MORTGAGE CORPORATION. At no time does GMAC MORTGAGE CORPORATION appear in any way during this entire litigation or supporting documentation. Thus the Alleged NOTE in evidence is a nullity.

8. The Claim of Right expressed in the supporting Affidavit filed with the B 410 of this Creditor has never been rebutted nor has it been objected to in this court or elsewhere.

9. The judgment presumed by this court was entered in favor of a Company NEWREZ LLC.

10. US BANK has not entered that Instrument as evidence supporting its Claim as US BANK is a "Stranger" to that proceeding.

11. No assignment to US BANK has been entered into Public record.

12. The assignment, created for and submitted for this court action, indicates a transfer from NEW PENN FINANCIAL LLC   to   US BANK

3

13.  The OFFICIAL FORM 410    Part 1 Question 2 indicates that this claim was acquired from SHLB effective 2/1/22.

14.  SHLB has not been identified and is not an apparent party to this action.

Creditor, Jennifer Kay Marlow, reserves the right to amend this Objection to Claim..

WHEREFORE, In consideration of the conflicting, inadequate, misleading and erroneous Evidence presented by this Claimant US BANK, the Debtor respectfully requests that the Court: (1) Sustain the Creditor's objection to the US BANK Creditor's proof of claim; (2) Grant any other such relief as the Court determines just and proper.

Dated: November 27, 2022

All Rights Reserved

/s/ *Jennifer Kay Marlow*

Jennifer Kay Marlow

Jenniferlm4994@gmail.com

c/o 94 Tatum Road

Sarasota, Florida

(941-209-2100

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, _Nov 27_ 2022 a copy of the foregoing was furnished electronically, EMAIL OR FAX or via first class mail upon:

JON M WAAGE
P.O. BOX 25001
BRADENTON, FL, 34206

UNITED STATES TRUSTEE-FTM7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FLORIDA 33602
U.S. Trustee

US BANK TRUST
DIAZ ANSELMO & ASSOCIATES P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL. 33318  (954) 564-9252

US BANK TRUST N.A
100 WALL STREET    16TH FLOOR
NEW YORK, NEW YORK 10005

TD BANK USA, N.A.
2001 WESTERN AVE. STE 400
SEATTLE, WA. 98121

ACHIEVA CREDIT UNION
c/o o GIBBONS NEUMAN LAW
3321 HENDERSON BLVD
TAMPA, FL. 33609  (813) 877- 9290

ACHIEVA CREDIT UNION

P. O. Box 1500
Dunedin, Florida 34697

RESURGENT CAPITAL SERVICES
P.O. BOX 1927
GREENVILLE S.C. 29602

All Rights Reserved
/s/ _Jennifer Kay Marlow_
Jennifer Kay Marlow
jenniferlm4994@gmail.com
c/o 94 Tatum Road
Sarasota, Florida
941-209-2100