**[Dostkcld]** [District Order Striking Paper Filed in Closed Case]

ORDERED.

Dated:  **November 29, 2022**

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Jennifer Kay Marlow
aka Jennifer Marlow
aka Jennifer Kaye Marlow

_____Debtor_____/

Case No.
8:22–bk–02494–CPM
Chapter 13

### ***ORDER STRIKING "JUDICIAL NOTICES" (DOC. NOS. 90 & 91)***

THIS CASE came on for consideration of papers identified by the Debtor as "Judicial Notices" (Doc. Nos. 90 and 91) filed on November 18, 2022. Because this case is dismissed, the Court has no jurisdiction to consider these filings. Further, the papers (which include a copy of a Senate Resolution from April 1933 that is nothing more than a resolution to print a manuscript entitled "Contracts Payable in Gold" as a Senate document) have no cognizable legal or financial impact on the Debtor's bankruptcy case.  Accordingly, it is

**ORDERED** that the "Judicial Notices" (Doc. Nos. 90 and 91) are stricken.

The Clerk's office is directed to serve a copy of this order on interested parties.